IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-HC-2154-FL

DARREL R. FISHER,                          )
                                           )
                  Petitioner,              )
                                           )
          v.                               )                    ORDER
                                           )
UNNAMED RESPONDENT,                        )
                                           )
                  Respondent.              )

The papers in the above captioned matter are deficient in the following respects:

(XX)    The petition is not on the forms prescribed for use by this court.

(  )    The petition is not legible.

(  )    The petition is not signed. Petition returned for your signature.

(XX)    The filing fee of $5.00 was not received or application to proceed without payment of fees and affidavit was not submitted.

(  )    The application to proceed without payment of fees and affidavit is not signed. Application returned for your signature.

(  )    The filing entitled "" is not signed. Filing returned for your signature.

(  )    Other:

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 17th day of July 2023.

Robert B. Jones, Jr.
United States Magistrate Judge