Senior judge: T W Boyle, L W Flanagan, R E Myers II, J C Dever III, Magistrate
Robert B Jones Jr, clerk P A Moore Jr, and W Earl Britt judges, shall not be involved in this matter before the court, nor can Moore Jr be involved here to process this dissertation on corruption in the court.

I, Darrel R Fisher, am the victim of these person's criminal acts disgracing the court. I invoke 18USC401(2) contempt; As the [misbehavior of any of its officers in their official transactions]. I also invoke 18USC1503 [obstruction of justice]. for myself and others. I know have been victims and by these same actors [court officers], as to cite the law. Dozens and hundreds of men in FMC Butner NC 27509, are such victimized by these people. For over 35 years and counting as eachwas treated like I was here; falsely imprisoned kidnap victim/hostage, for any or all of these people to retire or resign is not sufficient for any victim. Due to these people's acts, several men have died as kidnap victims, 18USC1201, so each killing of a kidnap victim is murder and the death penalty is applicable. for all of these in this conspiracy as causing those deaths [Misbehaving]. All of these judges and a Magistrate acted without any authority of law nor jurisdiction of any kind personal nor subject matter, to convene as a court of law to [judge]. I do not have enough papers to write of all of the wrongs commited by these people, so I strongly suggest You go to the USA M Easley, to forward these pages of this notice of contempt by court officers, for him to convene a Grand Jury for me to testify against these people and get the USA to interview about 50 or more victims about their experiences with these same people; He would hear directly from them what the judges did to each one. This will lead to impeachment of many of these people as this corrupt courts personnel isjust the tip of the iceberg here as judges in every state have illegally sent menhere without due process of law to do so.

The end result will be justice and criminal as well as Civil actions against these people as to now cite 28USC1654 to manage and conduct causes in all courts of the United States.

I further cite28USC1514 as for protection from these people for me and all of the other victims

For you to forward these pages to the USA is not instituting a criminal proceeding by yourself as I am the one instituting the criminal prosecution here, properly.
Jan 24, 1881 Kilbourn v Thompson 103US168 26Led377; Redecided Feb 28, 1881 as of Jan 24, 1881; [No court or officer can acquire jurisdiction by the mere assumption or assertion of it. nor by falsely alleging the existence of facts upon which jurisdiction depends]

Robert J Higdon Jr. USA; Jennifer Dee Dannels AUSA; David T Huband AUSA; These USA and AUSA's are/were in contempt as the clerk and judges named. by the fact they all took part walfully in an offense contemptuous of the laws of the United States. by[prosecuting] what was not [prosecutable] here in the ED of NC under 18USC4241(a) or any other statute. April 13. 1925 Cooke v US 267US517 at538 45Sct390 69Led767 774:[The presence of the United States District Attorneys also was secured by the court on t[h]he ground that it was a criminal case]; Dec 8. 1987 Omni Capital Int'l v Wolff 484US97.108.109.111 108Sct404 98LEd2d415; Before a person can be sued in a [civil action] he must be amenable to be sued in that District; June 8. 1925 Robertson v Railroad Labor Board 268US619 45Sct621 69Led1119; [No civil action may be brought in any District Court against any person... other than wherein of he is an inhabitant]; Sept 30. 1938 Junk v R J Reynolds Tobacco Co D.DC.Va. 24Fsupp716; [A District Court cannot issue process beyond the boundaries of its own District];

These citations all are relevant in the ED of NC court as I was sent here illegally as a kidnap victim from the WD of Mo at Kansas City. Missouri 64106.where that court never established a [case] against me by an indictment ever revealed to me. since 1999. so. too. that court could not proceed without due process of law; Amendment 5's provision; and they too. claimed to cite 4247(d) to deny me my constitutional rights in 2010, to send me here to NC; Here, there is no jurisdiction of this court to proceed in any way.

I do not reside in this State or District to be initially charged with any crime. Amendment 6's provision. to be prosecutable under 18USC4241(a) nor can this federal government's agents prosecute a [civil action] here inconjunction with 4241(a); since [Cooke 1925]; [Omni 1987]; [Robertson 1925]; [Junk 1938] et al as they prevail here; Which brings up these USA and AUSA's actions, reprehensible as they are. as could not be so was not done. These acts are still felt by myself here in NC's FMC Butner 27509. So. I am bound to notify the court of these acts of contempt to prosecute under 28USC1654 as if the local USA will not doit. I can and will do it lawfully in the name of the United States to convict of criminal contempt. I name as also liable Thomas G Walker USA; Jennifer May-Parker AUSA; Robert J Dodson USA