IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-HC-2154-FL

| | |
|---|---|
| DARREL R. FISHER, | )
| Petitioner, | )
| v. | ) ORDER
| UNNAMED RESPONDENT, | )
| Respondent. | ) |

This matter is before the court on petitioner's failure to respond to the court's July 17, 2023, order of deficiency. The order explained that petitioner did not file his petition on the correct form, and that he did not file an application to proceed without prepayment of fees or pay the filing fee in this action. The court warned petitioner that failure to correct these deficiencies within 21 days of entry of the order may result in dismissal of this action without prejudice. As of the date hereof, petitioner has not complied with the court's order. Accordingly, this action is DISMISSED without prejudice for failure to prosecute and for failure to comply with a court order. See Fed. R. Civ. P. 41(b). The clerk is DIRECTED to close this case. A certificate of appealability is DENIED.

SO ORDERED, this the 23rd day of August, 2023.

LOUISE W. FLANAGAN
United States District Judge